IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 1:24-cr-10038-JDB-1

TIMOTHY ADAMS,

    Defendant.

## ORDER DIRECTING PARTIES TO SUPPLEMENT BRIEFS

On August 14, 2024, the Defendant, Timothy Adams, moved to dismiss the indictment in this matter on the grounds that 18 U.S.C. § 922(g)(1), the statute upon which the indictment rests, is facially unconstitutional as a violation of the Second Amendment and as applied to him. (*See* Docket Entry ("D.E.") 19.)  The Government responded on August 20, 2024, opposing the relief sought.  (D.E. 20).

On August 23, 2024, the Sixth Circuit issued an opinion in *United States v. Williams*, ___ F.4th ___, 2024 WL 3912894 (6th Cir. Aug. 23, 2024), which may impact the outcome of the instant motion.  The parties are therefore DIRECTED to supplement their briefs as necessary.  Defendant's supplemental filing, if any, is due within fourteen days of the entry of this order, with the Government's response, if any, due fourteen days thereafter.

IT IS SO ORDERED this 28th day of August 2024.

                                                  s/ J. DANIEL BREEN
                                                  UNITED STATES DISTRICT JUDGE